| | | |
|---|---|---|
| **ATTORNEY GRIEVANCE COMMISSION OF MARYLAND** | * | **IN THE** |
| | * | **COURT OF APPEALS** |
| **v.** | * | **OF MARYLAND** |
| | * | **Misc. Docket AG No. 58** |
| **TRISTAN DOYLE YOUNG** | * | **September Term, 2020** |

## ORDER

Upon consideration of the Joint Petition for Disbarment by Consent filed by the Attorney Grievance Commission of Maryland and the Respondent, Tristan Doyle Young, to disbar the Respondent from the practice of law for violations of Rule 8.1 (a) and (b) (bar admissions and disciplinary matters) of the Rules of Professional Conduct, it is this 21st day of December, 2020

**ORDERED,** by the Court of Appeals of Maryland, that effective immediately, the Respondent, Tristan Doyle Young, be disbarred from the practice of law in the State of Maryland; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Tristan Doyle Young from the register of attorneys in this Court, and certify that fact to the Trustees of the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761.

Pursuant to Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

Suzanne C. Johnson, Clerk

/s/ Robert N. McDonald
Senior Judge